The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEOPLES BANK, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>and<br><br>PACIFIC FIBERGLASS, INC. a Washington corporation,<br><br>　　　　Intervening Plaintiff,<br><br>and<br><br>SEATTLE MOBILE MARINE, LLC a Washington limited liability company,<br><br>　　　　Intervening Plaintiff,<br><br>　　v.<br><br>P/C AMBASSADOR OF THE LAKE, Official Number 627599, her engines, tackle, apparel, furniture, equipment, and appurtenances, *In Rem*, and SALVATORE RAGUSA and LANA STEWART, his wife, and their marital community, *In Personam*, | IN ADMIRALTY<br><br>NO. 2:16-cv-01403-JLR<br><br>[Proposed]<br>ORDER DENYING PETITION TO RELEASE VESSEL AND SETTING AMOUNT OF BOND |

Order Denying Petition to Release Vessel and Setting Amount of Bond – 2:16-cv-01403-JLR - 1

1       Defendants.      )

2

3     THIS MATTER having come on upon the Petition of *in personam* defendant

4 Salvatore Ragusa for an Order releasing the defendant vessel, Ambassador of the

5 Lake, from arrest (Docket No. 23) and upon the Motion, apparently in the

6 alternative, of *in personam* defendant Salvatore Ragusa for an Order setting the

7 amount of a bond to be deposited and the vessel then released from arrest (Docket

8 No. 30).

9     The Court having considered the Petition and the Motion and the information

10 in them, the Responses of plaintiff and of the intervening plaintiffs and the

11 declarations submitted with them, the Reply of defendant, and having heard oral

12 argument and being informed of the premises, and having concluded that plaintiff

13 has met its burden of showing probable cause for the issuance of the Warrant for

14 Arrest and having been advised by the parties that a Bond in the amount of

15 $234,000.00 will be sufficient to protect the interests of the plaintiff and the

16 intervening plaintiffs in this case, now therefore it is

17     ORDERED that the Petition to Release Vessel (Docket No. 23) is denied; and it

18 is further

19     ORDERED that *in personam* defendant Salvatore Ragusa, the moving party,

20 shall, in accordance with the Local Civil Rules for this Court, deposit a properly

21 secured bond in the sum of $234,000.00 into the Registry of the Court on or before

22 the close of business Wednesday, November 23, 2016. The clerk shall retain this

23 deposit until directed to release it in full or in part by further Order. Upon such

24 deposit, *in personam* defendant Salvatore Ragusa may file a motion, noted for

25 consideration in accordance with LCR 7(d), with proof of the deposit of the bond,

Order Denying Petition to Release Vessel and Setting Amount
of Bond – 2:16-cv-01403-JLR - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

1 requesting the entry of a proposed Order directing the Marshal to release the

2 defendant vessel from arrest.

5     DATED this 16th day of November, 2016

_____
UNITED STATES DISTRICT JUDGE

12 Presented by:

[signature]

15 Stan Loosmore, WSBA 6011
Attorney for Plaintiff

18 Copy Received, Approved as
to form, Notice of Presentation
19 Waived

21 Mullavey, Prout, Grenley & Foe, LLP

[signature]

23 By _____ 11/15/16
Daniel A. S. Foe, WSBA 42876
24 Attorneys for Intervenor
Pacific Fiberglass, Inc.

Order Denying Petition to Release Vessel and Setting Amount
of Bond – 2:16-cv-01403-JLR - 3

1  Nielsen Shields, PLLC

2  

3  By *[signed]* *e-mail on 11/15/16*
   Nathan J. Beard, WSBA 45632
4  Attorney for Intervenor Seattle Mobile Marine

5  *[signed]*

6  *By e-mail on 11/16/16*
   Jeff E. Jared, WSBA 23961
7  Attorney for Defendants

25  252 16005-10p

Order Denying Petition to Release Vessel and Setting Amount
of Bond – 2:16-cv-01403-JLR - 4

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400