# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PEOPLES BANK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> P/C AMBASSADOR OF THE LAKE, et al., <br><br> Defendants. | CASE NO. C16-1403JLR <br><br> ORDER |

On April 20, 2017, the court ordered the parties to meet and confer regarding what items shall remain on *in rem* Defendant P/C Ambassador of the Lake during its interlocutory sale and what items Defendant Salvatore Ragusa, who owns the vessel, may remove. (4/20/17 Order (Dkt. # 89) at 9-10.) When the court issued its order, only Plaintiff Peoples Bank and Plaintiff-in-Intervention Seattle Mobile Marine, LLC ("SMM") retained extant claims against the Ambassador of the Lake. (*See id.* at 6 (citing 2/24/17 Order (Dkt. # 77)).) Since then, SMM voluntarily dismissed its claims against

ORDER - 1

the Ambassador of the Lake (*see* Not. of Dism. (Dkt. # 90)), and Peoples Bank came to an agreement with Mr. Ragusa regarding which personal items he may remove prior to the sale (Not. re Pers. Items (Dkt. # 91)).

Accordingly, prior to the interlocutory sale, the court DIRECTS the United States Marshal to permit Mr. Ragusa to remove the items listed on pages 4 and 5 of Docket # 91. Mr. Ragusa may remove the items at a time that is mutually agreeable to Mr. Ragusa, Peoples Bank, and the United States Marshal, and a representative of Peoples Bank and its counsel may be present when Mr. Ragusa removes the items.

Dated this 26th day of April, 2017.

JAMES L. ROBART
United States District Judge