# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| PEOPLES BANK, et al., | CASE NO. C16-1403JLR |
| --- | --- |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| P/C AMBASSADOR OF THE LAKE, et al., | |
| Defendants. | |

This case arises out of several debts that Defendant Salvatore Ragusa owes to Plaintiff Peoples Bank. (*See* Peoples Bank Compl. (Dkt. # 1).) Peoples Bank brought suit against Mr. Ragusa and his wife Lana Stewart *in personam* and against the P/C Ambassador of the Lake *in rem* to recover the amount owed. (*See generally id.*) On August 9, 2017, the court granted Peoples Bank's motion for summary judgment *in rem* and foreclosed the preferred marine mortgage on the Ambassador of the Lake. (8/9/17

//

ORDER - 1

Order (Dkt. # 106) at 6.) Subsequently, on September 15, 2017, the parties stipulated to the dismissal of all claims against Ms. Stewart. (Stip. (Dkt. # 108) at 1-2.)

Because some issues have been resolved and some parties have been dismissed, the court ORDERS the remaining parties to show cause as to what issues, if any, remain for trial on February 26, 2018.[1] Each party is directed to file a statement no longer than two (2) pages within ten (10) days of the entry of this order.

Dated this 21st day of November, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The court recognizes that Peoples Bank has a pending motion for administrative expenses and attorneys' fees and costs. (*See* Mot. (Dkt. # 109).) It is the court's understanding that this motion does not concern issues to be addressed at trial.