The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PEOPLES BANK, a Washington corporation,

Plaintiff,

and

SEATTLE MOBILE MARINE LLC a Washington limited liability company,

Intervening Plaintiff,

v.

P/C AMBASSADOR OF THE LAKE, Official Number 627599, her engines, tackle, apparel, furniture, equipment, and appurtenances, *In Rem*, and SALVATORE RAGUSA, *In Personam*,

Defendants.

IN ADMIRALTY

NO. 2:16-cv-01403-JLR

STIPULATION FOR ENTRY OF ORDER DELETING FILING AND ORDER

NOTE ON MOTION CALENDAR
January 19, 2018
LCR 7(d)(1)

Peoples Bank, plaintiff, Salvatore Ragusa, *In Personam* defendant, and Seattle Mobile Marine LLC, Intervening Plaintiff, who are all of the parties in this case, by and through their attorneys of record, agree and stipulate that, in

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

accordance with the provisions of FRCP 68, the court is respectfully requested to enter an order, in the form attached, directing the Clerk to delete the document filed on January 16, 2018, as Docket Number 139, from the file in this case.

Respectfully submitted this 19th day of January, 2018

MILLER NASH GRAHAM & DUNN LLP

s/ Kellen Andrew Hade
by Stan Loosmore
per e-mail authority 1/19/2017

Kellen Andrew Hade, WSBA #44535
Pier 70, 2801 Alaskan Way, Ste. 300
Seattle, WA 98121-1128
(206) 624-8300
E-mail: kellen.hade@millernash.com
Attorneys for plaintiff

STAN LOOSMORE, P.S.

Stan Loosmore, WSBA #6011
Post Office Box 1399
Mercer Island, WA 98040
(206) 622-2400
E-mail: stan@loosmore.com
Attorney for plaintiff

s/ Jeff E. Jared
by Stan Loosmore
per e-mail authority 1/19/2017

Jeff E. Jared, WSBA #23961
830 Kirkland Way #203
Kirkland, WA 98033
(425) 828-4545
E-mail: jeffjared3@gmail.com
Attorney for Defendants

Stipulation for Entry of Order Deleting Filing and Order- 2:16-cv-01403-JLR -

- 2 -

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

s/ Michael E. Vaughn
by Stan Loosmore
per e-mail authority 1/19/2017
Michael E. Vaughn, CB #79661
17011 Beach Blvd. 9th Floor
Huntington Beach, CA 92647
(562) 592-9350
E-mail: mike@vaughnlawoffice.com
Attorney for Defendants

LEGROS BUCHANAN & PAUL, P.S.

s/ Nathan J. Beard
by Stan Loosmore
per e-mail authority 1/19/2017
Nathan J. Beard, WSBA #45632
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
(206).467.4012
E-mail: nbeard@legros.com
Attorneys for Intervenor Seattle Mobile Marine

ORDER

Based on the foregoing Stipulation, it is

ORDERED that the Clerk is directed to delete the document filed on January 16, 2018, as Document Number 139, from the file in this case.

DATED this 19th day of January, 2018.

[signature]
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Presented by:

MILLER NASH GRAHAM & DUNN LLP

s/ Kellen Andrew Hade
by Stan Loosmore
per e-mail authority 1/19/2017
Kellen Andrew Hade, WSBA #44535
Pier 70, 2801 Alaskan Way, Ste. 300
Seattle, WA 98121-1128
(206) 624-8300
E-mail: kellen.hade@millernash.com
Attorneys for plaintiff

and

STAN LOOSMORE, P.S.

Stan Loosmore, WSBA #6011
Post Office Box 1399
Mercer Island, WA 98040
(206) 622-2400
E-mail: stan@loosmore.com
Attorney for plaintiff

Copy received, approved as to form, notice of presentation waived:

LEGROS BUCHANAN & PAUL, P.S.

Nathan J. Beard, WSBA #45632
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
(206).467.4012
E-mail: nbeard@legros.com
Attorneys for Intervenor Seattle Mobile Marine

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

_______________________________
Jeff E. Jared, WSBA #23961
830 Kirkland Way #203
Kirkland, WA 98033
(425) 828-4545
E-mail: jeffjared3@gmail.com
Attorney for Defendant

_______________________________
Michael E. Vaughn, CB #79661
17011 Beach Blvd. 9th Floor
Huntington Beach, CA 92647
(562) 592-9350
E-mail: mike@vaughnlawoffice.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that, on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MILLER NASH GRAHAM & DUNN LLP
Kellen Andrew Hade, WSBA #44535
Pier 70, 2801 Alaskan Way, Ste. 300
Seattle, WA 98121-1128
(206) 624-8300
E-mail: kellen.hade@millernash.com
Attorneys for plaintiff

LEGROS BUCHANAN & PAUL, P.S.
Nathan J. Beard, WSBA #45632
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
(206).467.4012
E-mail: nbeard@legros.com.com
Attorneys for Intervenor Seattle Mobile Marine

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Jeff E. Jared, WSBA #23961
830 Kirkland Way #203
Kirkland, WA 98033
(425) 828-4545
E-mail: jeffjared3@gmail.com
Attorney for Defendant

and to

Michael E. Vaughn, CB #79661
17011 Beach Blvd. 9th Floor
Huntington Beach, CA 92647
(562) 592-9350
E-mail: mike@vaughnlawoffice.com
Attorney for Defendant

Stan Loosmore

257-16005-1p

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400